# Order

Michigan Supreme Court
Lansing, Michigan

September 9, 2010

140906

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

ANDREW LYNN BREEDING,
     Defendant-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

SC: 140906
COA: 291554
Jackson CC: 08-004100-FH

     On order of the Court, the application for leave to appeal the February 17, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

0830

Clerk